**Electronically Filed**
**Supreme Court**
**SCPW-18-0000406**
**21-MAY-2018**
**01:43 PM**

SCPW-18-0000406

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

GALINA OGEONE, Petitioner,

vs.

THE HONORABLE JEFFREY P. CRABTREE, Judge of the Circuit Court of the First Circuit, State of Hawai‘i, Respondent Judge,

and

DENTIST LESLIE AU, Respondent.

ORIGINAL PROCEEDING
(CIV. NOS. 16-1-1347-7 and 16-1-1348-7)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Galina Ogeone's petition for writ of mandamus, filed on May 14, 2018, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that she is entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawai‘i 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; where a court has discretion to act, mandamus will not lie to interfere with or

control the exercise of that discretion, even when the judge has acted erroneously, unless the judge has exceeded his or her jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which he or she has a legal duty to act).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, May 21, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2